**Dismissed and Opinion Filed June 11, 2021**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

_____

### No. 05-16-00050-CV
_____

### MAN DO, INDIVIDUALLY AND D/B/A MR. DO COIN LAUNDRY, Appellant
### V.
### TUAN DO AND CHAU NGUYEN, Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13345**

### MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Nowell
Opinion by Justice Nowell

We reinstate this appeal. In 2018, we abated this case due to Chau Nguyen's

bankruptcy. *See* TEX. R. APP. P. 8.2. The Court conducted an independent review of

the federal Public Access to Court Electronic Records (PACER) system which

shows the bankruptcy case associated with this appeal was terminated on January

22, 2019, effectively dissolving the automatic stay.

We notified the parties by letter, requesting they inform the Court of the status

of the bankruptcy and of this appeal. We cautioned that the failure to respond would

result in the appeal being dismissed for want of prosecution. *See id*. 42.3(b),(c). To date, neither party has responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss this appeal. *See id*. 42.3(b),(c); *Brewer v. Admiral Ins. Co*., 2002 WL 31312990, at *1 (Tex. App.—Dallas Oct. 16, 2002, no writ) (per curiam) (not designated for publication).

160050f.p05

/Erin A. Nowell//
ERIN A. NOWELL
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MAN DO, INDIVIDUALLY AND
D/B/A MR. DO COIN LAUNDRY,
Appellant

No. 05-16-00050-CV          V.

TUAN DO AND CHAU NGUYEN,
Appellees

On Appeal from the 14th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-13-13345.
Opinion delivered by Justice Nowell.
Justices Osborne and Pedersen, III
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered this 11th day of June, 2021.